IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK DOUGLAS, :
    Plaintiff : No. 1:16-cv-01836
    :
    v. : (Judge Kane)
    :
MAJOR WESLEY E. NESBIT, et al., :
    Defendants :

# ORDER

**AND NOW**, on this 9th day of June 2017, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** Plaintiff's opposed motion for leave to file a second amended complaint (Doc. No. 17), is **DENIED**. **IT IS FURTHER ORDERED THAT** Plaintiff's operative amended complaint (Doc. No. 6), is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOS**E this case.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania